UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT PAYNE

    Plaintiff,

v.                        Case No. 8:15-cv-2780-T-33MAP

ARLINGTON PROPERTIES, INC.,
ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon consideration of Arlington Properties, Inc. and Arlington Construction Services, LLC's Unopposed Motion to Remand filed on December 8, 2015. (Doc. # 7). The Court grants the Motion.

This action was removed to this Court from the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida on December 3, 2015. (Doc. # 1). On that same day, this Court directed Arlington Properties and Arlington Construction Services—the removing Defendants—to file a supplemental memorandum demonstrating that the requirements of diversity jurisdiction were met. (Doc. # 5). Arlington Properties and Arlington Construction Services have now filed an Unopposed Motion to Remand this action to the Thirteenth Judicial

Circuit, in and for Hillsborough County, Florida. (Doc. # 7). The Court grants the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Arlington Properties and Arlington Construction Services' Unopposed Motion to Remand (Doc. # 7) is **GRANTED.**

(2) The Clerk is directed to **REMAND** this case to the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

(3) The Case Management Hearing set for December 11, 2015, is cancelled.

(4) The Clerk is further directed to terminate any previously scheduled deadlines and hearings, and thereafter **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of December, 2015.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE